# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Thomas B. | District Court--Middle District of Florida | 06/9/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MJ--Full Time until 07/25/2019 and now on recall | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
401 West Central Blvd.
Suite 6-550
Orlando, Florida 32801

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Execcutive Council | Business Law Section of the Florida Bar |
| 2. Member of Working Group | Sedona Conference |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2020 | State of Florida Employee Pension Plan--No Control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Thomas B. | 06/9/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | State of Florida--Pension | $55,034.88 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Orlando Health--Hourly Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Thomas B. | 06/9/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Thomas B.** | 06/9/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Truist Bank Account | A | Interest | K | T | Open | | K | | |
| 2. Fidelity MSCI Financials Index ETF | A | Dividend | | | Buy | 03/20/20 | J | | |
| 3. Fidelity MSCI Financials Index ETF | A | Dividend | | | Buy (add'l) | 05/15/20 | J | | |
| 4. Fidelity MSCI Financials Index ETF | A | Dividend | | | Buy (add'l) | 06/11/20 | J | | |
| 5. Fidelity MSCI Financials Index ETF | A | Dividend | | | Sold | 06/30/20 | K | C | |
| 6. Walt Disney Company | | None | | | Buy | 07/13/20 | J | | |
| 7. Walt Disney Company | | None | | | Sold | 08/06/20 | J | A | |
| 8. SPDR SER TR S&P Semiconductor ETF | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 9. Dow Jones Average Index ETF | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 10. Fiserv Inc. Stock | A | Dividend | | | Buy | 08/10/20 | J | | |
| 11. Fiserv Inc. Stock | A | Dividend | | | Sold | 12/23/20 | J | A | |
| 12. JP Morgan Chase & Co. stock | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 13. Blackrock, Inc. stock | A | Dividend | J | T | Buy | 08/12/20 | J | | |
| 14. Simon Property Group, Inc. | A | Dividend | | | Buy | 08/18/20 | J | | |
| 15. Simon Property Group, Inc. | A | Dividend | | | Sold | 11/12/20 | J | A | |
| 16. Simon Property Group, Inc. | A | Dividend | J | T | Buy | 11/30/20 | J | | |
| 17. ETF Managers Trust ETFMG Alternative Harvest ETF | A | Dividend | J | T | Buy | 09/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Newmont Corp. Common Stock | | None | | | Buy | 11/06/20 | J | | |
| 19. | Newmont Corp. Common Stock | | None | | | Sold | 12/23/20 | J | A | |
| 20. | American Center ETF TR American Century Focused Large Cap Value Fund | A | Dividend | J | T | Buy | 12/23/20 | J | | |
| 21. | Microsoft Corp. Stock | | None | | | Buy | 11/10/20 | J | | |
| 22. | Microsoft Corp. Stock | | None | | | Sold | 12/23/20 | J | A | |
| 23. | Dynavax Stock | | None | J | T | Buy | 12/04/20 | J | | |
| 24. | Bitcoin | | None | K | T | Buy | 12/11/20 | J | | |
| 25. | Etherum | | None | K | T | Buy | 12/30/20 | J | | |
| 26. | Valic Fixed Account Plus fixed income annuity | B | Dividend | J | T | | | | | |
| 27. | Country Life Insurance Company Life Policy single premium whole life | A | Dividend | J | T | | | | | |
| 28. | SunTrust Bank Account | A | Interest | N | T | | | | | |
| 29. | McCoy Federal Credit Union | A | Interest | K | T | | | | | |
| 30. | AB High Income Fund | A | Dividend | K | T | Buy (add'l) | 04/15/20 | L | | |
| 31. | AB High Income Fund | A | Dividend | L | T | | | | | |
| 32. | Angel Oak Multi Strategy | A | Dividend | | T | Sold (part) | 03/06/20 | K | | |
| 33. | Angel Oak Multi Strategy | A | Dividend | | T | Buy (add'l) | 10/16/20 | K | | |
| 34. | Angel Oak Multi Strategy | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Thomas B.** | 06/9/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Doubleline Core Fixed Income CL | A | Dividend | | T | Buy<br>(add'l) | 10/16/20 | J | | |
| 36.  Doubleline Core Fixed Income CL | A | Dividend | | T | Buy<br>(add'l) | 11/13/20 | J | | |
| 37.  Doubleline Core Fixed Income CL | D | Dividend | N | T | | | | | |
| 38.  Goldman Sachs GQG Partners Intl OPP1 | A | Dividend | L | T | Buy | 11/13/20 | L | | |
| 39.  JPMorgan Emerging Markets Equity Class I | A | Dividend | | T | Buy | 04/09/20 | M | | |
| 40.  JPMorgan Emerging Markets Equity Class I | A | Dividend | | T | Sold<br>(part) | 10/16/20 | K | D | |
| 41.  JPMorgan Emerging Markets Equity Class I | A | Dividend | M | T | | | | | |
| 42.  IShares Russell 2000 ETF | A | Dividend | K | T | Buy | 04/09/20 | K | | |
| 43.  IShares Russell 2000 ETF | A | Dividend | | T | Buy<br>(add'l) | 11/13/20 | J | | |
| 44.  IShares TR MSCI ACWI EX US | A | Dividend | M | T | Buy | 04/09/20 | M | | |
| 45.  IShares TR MBS ETF | A | Dividend | K | T | Buy | 03/06/20 | K | | |
| 46.  IShares TR Barclays 7-10 year | A | Int./Div. | | T | Buy | 03/03/20 | K | | |
| 47.  IShares TR Barclays 7-10 year | A | Int./Div. | | T | Sold<br>(part) | 04/15/20 | J | A | |
| 48.  IShares TR Barclays 7-10 year | A | Int./Div. | K | T | | | | | |
| 49.  IShares TR MSCI EAFE Min VL | A | Dividend | | | Sold<br>(part) | 04/09/20 | L | A | |
| 50.  IShares TR MSCI EAFE Min VL | A | Dividend | | | Sold | 11/13/20 | L | A | |
| 51.  SPDR Gold TR Gold SHS | A | Dividend | | T | Buy | 03/03/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Thomas B.** | 06/9/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. SPDR Gold TR Gold SHS | A | Dividend | | T | Sold (part) | 4/09/20 | J | A | |
| 53. SPDR Gold TR Gold SHS | A | Dividend | K | T | | | | | |
| 54. Schwab Strategic TR US Mid-Cap ETF | A | Dividend | | T | Buy | 04/09/20 | L | | |
| 55. Schwab Strategic TR US Mid-Cap ETF | A | Dividend | L | T | | | | | |
| 56. SPDR Ser Tr S&P 600 Small Cap ETF | A | Dividend | | | Sold | 04/09/20 | K | A | |
| 57. SPDR S&P Midcap 400 ETF | A | Dividend | | | Sold | 04/09/20 | K | A | |
| 58. PIMCO Income Fund Institutional Fund | A | Int./Div. | | T | Buy (add'l) | 03/13/20 | J | | |
| 59. Pimco Income Fund Institutional Fund | A | Int./Div. | | | Buy (add'l) | 10/16/20 | K | | |
| 60. Pimco Income Fund Institutional Fund | A | Int./Div. | M | T | | | | | |
| 61. Vanguard Index FDS Vanguard Growth formerly Vanguard Index TR Vipers | A | Dividend | | T | Sold (part) | 03/03/20 | K | B | |
| 62. Vanguard Index FDS Vanguard Growth formerly Vanguard Index TR Vipers | A | Dividend | | T | Sold (part) | 10/16/20 | K | D | |
| 63. Vanguard Index FDS Vanguard Growth formerly Vanguard Index TR Vipers | B | Dividend | N | T | | | | | |
| 64. Vanguard Index FDS Vanguard Value ETF formerly Vanguard Index TR | B | Dividend | N | T | | | | | |
| 65. Vanguard FTSE Developed Market ETF | A | Dividend | | | Sold (part) | 03/03/20 | L | A | |
| 66. Vanguard FTSE Developed Market ETF | A | Dividend | | | Sold | 04/09/20 | K | A | |
| 67. Vanguard Intl Equity Index FDS FTSE EMR MKT ETF | A | Dividend | | | Sold | 04/09/20 | K | A | |
| 68. DFA International Core Equity | A | Dividend | | | Buy (add'l) | 03/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Thomas B. | 06/9/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA International Core Equity | A | Dividend | | | Sold | 04/09/20 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Thomas B. | 06/9/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Investments and Trusts Line 1 is the account in which the investment advisor holds my uninvested cash. According to my investment advisor the name of the account changed from Federated Prime Obligations Trust SH Money Market to Truist Bank Account due to a bank merger. I have attempted, without success, to obtain the date when this occurred.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544